DOROTHY ROLLMANN, Appellant, v. THE COLONIAL BANK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.; Smith, J., dissented.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL S. FUCHS, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings confirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

WILLIAM GOLDBERG, Respondent, v. ANDREW E. KALBACH, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.; Clarke, P. J., dissented and voted for affirmance.

ANNIE LEVINE, as Administratrix, etc., Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.; Clarke, P. J., and Smith, J., dissented.

MORRIS LONG, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

HENRY M. COUTURE, Appellant, v. HENRY C. HORTON and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

ALEX COHN, Trading as THE COHN COMPANY, Appellant, v. BARNETT LEVINE and Another, Individually and as Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

LEON TANENBAUM and Others, Appellants, v. WILLIAM ROSS, Respondent. — Determination affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

HENRY WATNER, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

BIRD S. COLER, Commissioner of Public Charities of the City of New York, on the Complaint of MAY BROWN, Respondent, v. WILLIAM J. MCCORMACK, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

GEORGE ARLISS, Respondent, v. THE HERBERT BRENON FILM CORPORATION, Appellant.— Judgment. and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.; Laughlin, J., dissented.

GEORGE WHITTEL, Appellant, v. KATHERINE V. SIPP, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.